# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In Re: DOABA TRUCK STOP INC.          Case No. _____
**Debtor**                                     (if known)
                                      Chapter           11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | KAR/JOHN BARR ATTORNEYS 105 PEARL ST. YPSILANTI MI 48106 | | | | 19,000 |
| 2 | DTE ENERGY PO BOX 740786 CINCINNATI OH 45274 | | | | 9,000 |
| 3 | CREDIT COLLECTION SERVICES TWO WELLS AVE, DEPT 7249 NEWTON MA 02459 | | | | 4,505.34 |
| 4 | VIPIN GULATI CPA 32270 TELEGRAPH RD., STE 275 BINGHAM FARMS, MI 48025 | | | | 4,500 |

**B4 (Official Form 4) (01/08)**

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 5 | MICHIGAN LOGO<br>5030 NORTHWIND DR. STE 103<br>EAST LANSING  MI  48823 | | | | 4,500 |
| 6 | AALC<br>P.O. BOX 2680<br>ANN ARBOR,  MI  48106 | | | | 2,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**B4 (Official Form 4) (01/08)**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

    I, the undersigned authorized agent of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

MARCH 15, 2010                         X   /S/ ISHATDEV S. RATHORE
Date                                      Signature of Authorized Individual

                                                         ISHATDEV S. RATHORE, PRESIDENT
                                                          Printed Name and Title