# CORPORATE RESOLUTION
# DOABA TRUCK STOP, INC.

**RESOLVED** that the President, ISHATDEV S. RATHORE, be, and he hereby is, authorized and empowered to file a Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code and do and perform any and all acts and things, and to make, execute and deliver any and all instruments, papers and documents, of every conceivable kind or character whatsoever which, in the sole, absolute and uncontrolled discretion of any such officer of the **CORPORATION** shall be or become necessary, proper, convenient, advisable or desirable to effect such filing.

**IN WITNESS WHEREOF**, the undersigned has hereunto set his hand as of the 15th day of March, 2010.

                                                                                       _/S/ISHATDEV S. RATHORE_
                                                                                        ISHATDEV S. RATHORE